

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2023

No. 04-22-00402-CV

Jose Mario **BALLESTEROS**,
Appellant

v.

Sonia Rocio **BARRIENTOS**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021FLA001101D1
Honorable Jose A. Lopez, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are assessed against appellant Jose Mario Ballesteros.

It is so **ORDERED** on January 25, 2023.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2023.

_____
Michael A. Cruz, Clerk of Court